**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 84 MAL 2019

                       Respondent   :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

                 v.               :

                                 :

DERRELL OREA COLLYMORE,      :

                                 :

                  Petitioner   :


## ORDER


**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.